# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**IVEN LEE CALDWELL,**

    Plaintiff,

-vs-                                      Case No. 15-CV-514

**MILWAUKEE POLICE DEPARTMENT,
CHIEF EDWARD FLYNN, and JANE AND JOHN DOES,**

    Defendants.

# DECISION AND ORDER

On April 30, 2015, two plaintiffs, Iven Lee Caldwell and Benjamin John Biese, filed a *pro se* complaint under 42 U.S.C. § 1983. Caldwell also submitted a motion for leave to proceed *in forma pauperis*, but he did not submit a certified copy of his prisoner trust account statement for the six months preceding the filing of the complaint, which is necessary for the Court to calculate the plaintiff's initial partial filing fee. *See* 28 U.S.C. § 1915A. If Caldwell wants to proceed with this case, he must submit a certified copy of his prison trust account statement

On May 15, 2015, the Court received a Notice of Voluntary Dismissal from plaintiff Benjamin John Biese, and he was terminated as a plaintiff. However, on May 19, 2015, Biese filed a motion to rejoin the case. He offers no explanation for why he voluntarily dismissed his case or why

he seeks to rejoin it, other than that he received a letter from Caldwell. This is not the first case in which Biese has voluntarily dismissed and then changed his mind. The Court does not encourage such behavior and will not indulge Biese's whims, especially since it appears that the claims in this case may belong to Caldwell only.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the Benjamin John Biese's motion to rejoin case (ECF No. 8) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff Iven Lee Caldwell shall submit a certified copy of his prisoner trust account statement for the six months prior to the filing of his complaint on or before **Friday, June 26, 2015**. Failure to submit a trust account statement by that date will result in the dismissal of this case for failure to prosecute.

**IT IS FURTHER ORDERED** that a copy of this order be sent to the warden of the institution where Caldwell is confined.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2015.

                                            **BY THE COURT:**

                                            _____
                                            **HON. RUDOLPH T. RANDA**
                                            **U.S. District Judge**